**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| RICARDO THOMPSON, | : | |
| | : | |
| *Plaintiff,* | : | Judge |
| | : | |
| v. | : | Case No.: |
| | : | |
| CITY OF REYNOLDSBURG, OHIO, | : | |
| | : | |
| *Defendant.* | : | |
| | : | |

**<u>DEFENDANT'S NOTICE OF REMOVAL</u>**

Pursuant to 28 U.S.C. §§1331, 1441 and 1446, Defendant City of Reynoldsburg hereby give notice of its removal of this action from the Franklin County, Ohio, Court of Common Pleas, to the United States District Court for the Southern District of Ohio, Eastern Division. As grounds for removal, Defendant states as follows:

1.      On June 24, 2025, Plaintiff Ricardo Thompson commenced a civil action against Defendant in the Franklin County, Ohio, Court of Common Pleas, styled Case No. 25CV005373. All pleadings and orders from this case are attached as Exhibit A hereto.

2.      A copy of this Notice of Removal and a Notice to State Court of Removal, are being served upon Plaintiff's attorney and will be filed with the Clerk of the Franklin County, Ohio Court of Common Pleas promptly after the filing of this Notice of Removal with this Court, in accordance with 28 U.S.C. §1446(d).

3.      This case is a civil action over which this Court has original jurisdiction under 28 U.S.C. §1332 and is one that may be removed to this Court by Defendant pursuant to 28 U.S.C.

§§1331, 1367, 1441 and 1446 on the basis of federal question jurisdiction and supplemental jurisdiction.

4.      Plaintiff's Complaint alleges a claim for interference with making an employment contract in violation of 42 U.S.C. §§1981, et seq. and 42 U.S.C. §1983. (Exhibit A). This Court has original subject matter jurisdiction over this matter under 28 U.S.C. §1331, because the heart of Plaintiff's Complaint, his purported claim for violation of §1981 and §1983, arise "under the Constitution, laws, or treaties of the United States."

5.      Specifically, the allegations in the Complaint assert Defendant violated federal law by interfering with Plaintiff's efforts to obtain employment with other police departments in violation of §1981 and §1983. (*Id.*). Defendant deny these allegations.

6.      Additionally, this Court has supplemental jurisdiction over the remaining claims, because Plaintiff's additional claims "are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367.

7.      Thus, consistent with 28 U.S.C. § 1331, this Court has original subject matter jurisdiction over Plaintiff's claims under §1981 and §1983 and supplemental jurisdiction over Plaintiff's other, related claims. *See, e.g., Moore v. Cuyahoga Cnty., No. 1:16 CV 3068, 2017 U.S. Dist. LEXIS 152411, at *6 (N.D. Ohio Sep. 18, 2017)* (exercising supplemental jurisdiction over state law claims under O.R.C. Chapter 4112 brought along with claims under §1981).

8.      This is a civil suit brought in the Court of Common Pleas for Franklin County, Ohio. Under 28 U.S.C. §§ 115(b)(2) and 1441(a), the United States District Court for the Southern District of Ohio, Eastern Division is the proper forum for removal.

9.     This case was filed on June 24, 2025 and service was effectuated on June 30, 2025. (Exhibit A). Thus, thirty (30) days have not yet elapsed since the Complaint was served on Defendant. 28 U.S.C. § 1446(b). Additionally, less than one year has passed since Plaintiff commenced this action on June 24, 2025. 28 U.S.C. § 1446(c)(1).

10.     This Notice of Removal has been signed by counsel for Defendant in compliance with the requirements of 28 U.S.C. § 1446(a) and Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant respectfully requests that the action now pending in the Franklin County, Ohio, Court of Common Pleas be removed to this Court in accordance with the foregoing statutory provisions.

Respectfully submitted,

*/s/ H. Devon Collins*
H. Devon Collins (#0095657)
DINSMORE & SHOHL LLP
191 W. Nationwide Blvd., Suite 200
Columbus, OH  43215-5134
Telephone: (614) 628-6974
Facsimile: (614) 628-6890
Email: devon.collins@dinsmore.com

Michael B. Mattingly
DINSMORE & SHOHL LLP
255 E. Fifth Street, Suite 1900
Cincinnati, Ohio 45202
Telephone: (513) 977-8200
Facsimile: (513) 977-8141
michael.mattingly@dinsmore.com

*Attorneys for Defendant City of Reynoldsburg, Ohio*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document has been served via

regular U.S. Mail, postage prepaid, and/or email, and/or via the Court's electronic filing system

upon the following:

Michael T. Conway (0058413)
3456 Sandlewood Dr.
Brunkswick, Ohio 44212
(330) 220-7660 (voicie-fax)
Email: Xray2Alpha@aol.com

*Counsel for Plaintiff*

/s/  *H. Devon Collins*
An Attorney for Defendant